

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00402-CR

Rogelio **MUJICA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR5440
Honorable Joel Perez, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 9, 2025.

Lori I. Valenzuela, Justice